**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: AMENDMENT TO THE PENNSYLVANIA RACE HORSE DEVELOPMENT AND GAMING ACT | : No. 8 MM 2017<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: PENNSYLVANIA SENATE, SENATOR JOSEPH SCARNATI III, SENATOR JAKE CORMAN, AND SENATOR JAY COSTA | :<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

 **AND NOW**, this 20th day of January, 2017, the Application for Extraordinary or King's Bench Relief is **GRANTED**. The stay of this Court's decision in *Mount Airy #1, LLC v. Pennsylvania Dep't of Revenue*, 2016 WL 6210519 (Pa. 2016), is **EXTENDED** until May 26, 2017.

 Justice Wecht files a dissenting statement.